IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA SLIVAK, individually and on behalf of all others similarly situated, | : : : *ELECTRONICALLY FILED* |
| Plaintiff, | : : No.: 2:15-cv-03869-PBT |
| v. | : : |
| OFFICE DEPOT, INC., d/b/a OFFICE MAX, | : : : |
| Defendant. | : : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between counsel for Plaintiff Jessica Slivak and Defendant Office Depot, Inc., d/b/a Office Max, pursuant to Federal Rule of Civil Procedure 41(a)(1), that this action and all of the claims set forth in the above-captioned action are hereby dismissed with prejudice with respect to all of Plaintiff's individual claims and without prejudice with respect to the claims of the alleged class members. Except as otherwise agreed, the parties shall bear their own fees and costs.

Stipulated and Agreed:

/s/ *Gerald D. Wells, III*
Gerald D. Wells, III
Robert J. Gray
CONNOLLY WELLS & GRAY, LLP
2200 Renaissance Boulevard, Suite 308
King of Prussia, PA 19406
Telephone: (610) 822-3700
Facsimile: (610) 822-3800
gwells@cwg-law.com
rgray@cwg-law.com

Arkady "Eric" Rayz
Demetri A. Braynin
KALIKHMAN & RAYZ, LLC
1051 Country Line Road, Suite "A"
Huntingdon Valley, PA 19006

/s/ *David A. Gomez* (with express consent)
David A. Gomez (PA ID # 209627)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
dgomez@morganlewis.com

Christopher K. Ramsey
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Fl.
301 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 560-3300
Facsimile: (412) 560-7001

Telephone: (215) 365-5030  
Facsimile: (215) 364-5029  
erayz@kalraylaw.com  
dbraynin@kalraylaw.com  

cramsey@morganlewis.com

*Attorneys for Defendant*

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATE: __1/6/16__

_____  
Hon. Petrese B. Tucker, C.J.

2